IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.06-cv-2004-JLK

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

     Plaintiff,

v.

DANYELLE HARRIS and
THOMAS OWENS, individually,

     Defendants.

---

## ORDER

---

Upon review of the Joint Status Report (doc. #42), filed October 18, 2007, it is

ORDERED that discovery is re-opened for the limited purpose of determining whether Ms.

Harris owned a vehicle on March 18, 2005. Discovery is to be completed no later than January 30,

2008. Further issues are deferred until the close of this limited discovery.

DATED this 18th day of October, 2007.

BY THE COURT:

**S/John L. Kane**
Senior Judge, United States District Court