IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.06-cv-2004-JLK

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

        Plaintiff,

v.

DANYELLE HARRIS and
THOMAS OWENS, individually,

        Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to the Joint Stipulation for Dismissal with Prejudice (doc. #44), filed December 20, 2007, it is

ORDERED that the claims of Plaintiff against the Defendants and this action are DISMISSED WITH PREJUDICE, each party to pay its own costs.

Dated this 20th day of December, 2007.

                      BY THE COURT:

                      *S/John L. Kane*
                      John L. Kane, Senior Judge
                      United States District Court